# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2765
LT Case No. 59-2024-CT-1837-A

_____

JOHN ESTEBAN SERNA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender, and Michael Mario Pirolo, Chief
Assistant Public Defender, Viera, for Petitioner.

No Appearance for Respondent.

October 25, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the August 28, 2024 judgment and sentence
rendered in Case No. 59-2024-CT-1837-A, in the Circuit Court in
and for Seminole County, Florida. *See* Fla. R. App. P.
9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____